# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

TACUMA J. MWANZA,

    Plaintiff

v.

OSBORNE, et al.,,

    Defendants

Case No.: 3:21-cv-00003-ART-CSD

**Order**

Re: ECF No. 16

Plaintiff has filed a motion stating that Defendants are required to produce their mandatory disclosures. (ECF No. 16.)

On May 2, 2022, the court issued a scheduling order and discovery plan. That order requires the defendants to provide their mandatory disclosures within 30 days, or by June 1, 2022. The time for Defendants to provide their mandatory disclosures has not expired; therefore, Plaintiff's motion (ECF No. 16) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated: May 6, 2022

Craig S. Denney
United States Magistrate Judge