# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TACUMA J. MWANZA,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>OSBORNE, et al.,<br><br>　　　　　　　　　Defendants. | 3:21-cv-00003-ART-CSD<br><br>**ORDER** |

　　On August 23, 2023, Defendants filed their Motion for Summary Judgment (ECF No. 34) in this action. To date, Plaintiff has failed to oppose the motion.

　　Plaintiff shall be given an additional **thirty (30) days** from the date of this order within which to file a response to Defendants' Motion for Summary Judgment (ECF No. 34).

　　**IT IS SO ORDERED.**

　　DATED: September 25, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1