# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TACUMA J. MWANZA,<br><br>                           Plaintiff,<br>v.<br>OSBORNE, et al.,<br><br>                           Defendants. | 3:21-cv-00003-ART-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 42 |

Before the court is Defendants' Motion for Extension of Time to File Proposed Joint Pretrial Order. (ECF No. 42.)

Good cause appearing, Defendants' Motion for Extension of Time to File Proposed Joint Pretrial Order (ECF No. 42) is **GRANTED** to the extent that the parties shall have to and including **April 1, 2024**, in which to file their Proposed Joint Pretrial Order.

**IT IS SO ORDERED.**

DATED:  February 22, 2024.

_____
UNITED STATES MAGISTRATE JUDGE