# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

TACUMA J. MWANZA,

    Plaintiff,

vs.

OSBORNE, et. al.,

    Defendants.

Case No.  3:21-CV-00003-ART-CSD

**ORDER GRANTING**

STIPULATION FOR DISMISSAL

    Plaintiff Tacuma J. M'Wanza hereby stipulates to dismiss with prejudice all claims against Defendants including any and all claims that could have arisen from the events set forth in Plaintiff's First Amended Complaint, pursuant to Fed.R.Civ.P. 41(a) and the Settlement Agreement and Release of Claims executed in this Litigation.  Each party shall bear their own attorney's fees and costs incurred herein.

///
///
///
///
///
///

-1-

1  IT IS SO STIPULATED.

2

3  By   /s/ Lindsay L. Liddell
   LINDSAY L. LIDDELL
4  Deputy District Attorney
   One South Sierra Street
5     Reno, NV  89501
   (775) 337-5700
6
   ATTORNEY FOR DEFENDANTS
7

By _____
TACUMA M'WANZA-EL

PLAINTIFF

9  IT IS SO ORDERED:
10

11
DATED: May 14, 2024
12  _____
ANNE R. TRAUM
13  UNITED STATES DISTRICT JUDGE